Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE  FORM 3

| | |
|---|---|
| Evolutions Flooring, Inc., et al<br><br>**Plaintiff,**<br>v.<br>UNITED STATES,<br>**Defendant.** | **S U M M O N S** |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. Evolutions Flooring, Inc., and Struxtur, Inc. -- Importers of Record of Subject Merchandise
   (Name and standing of plaintiff)

2. Multilayered Wood Flooring from the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2018
   86 Fed. Reg. 59,362 (Oct. 27, 2021).
   (Brief description of contested determination)

3. October 27, 2021
   (Date of determination)

4. October 27, 2021
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Gregory S. McCue
Signature of Plaintiff's Attorney

November 23, 2021
Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney
Gregory S. McCue
Thomas J. Trendl
STEPTOE & JOHNSON, LLP
1330 Connecticut Ave. N.W.
Washington, DC 20036
(202) 429-6421

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)