**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE**

|  |  |  |
|---|---|---|
| EVOLUTIONS FLOORING, INC., *et al.*, | : | |
| Plaintiffs, | : | |
| and | : | |
| DUNHUA CITY JISEN WOOD INDUSTRY CO., LTD., *et al.*, | : | |
| Consolidated-Plaintiffs, | : | Consol. Court No. 21-00591 |
| v. | : | |
| UNITED STATES, | : | |
| Defendant, | : | |
| and | : | |
| AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING, *et al.*, | : | |
| Defendant-Intervenors. | : | |

**MEMORANDUM IN SUPPORT OF RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD OF CONSOLIDATED PLAINTIFF JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD.**

                                          Jeffrey S. Neeley
                                          Stephen W. Brophy
                                          **Husch Blackwell LLP**
                                          1801 Pennsylvania Ave., N.W.
                                          Suite 1000
                                          Washington, DC 20006
                                          (202) 378-2409
                                          Email: Jeffrey.Neeley@huschblackwell.com
                                          Stephen.Brophy@huschblackwell.com

Dated:  June 24, 2022

**TABLE OF CONTENTS**

I. STATEMENT PURSUANT TO RULE 56.2 ............................................................................ 1

    A. The Administrative Determination Under Review ......................................................... 1
    B. Issues Presented ............................................................................................................... 1

II. STATEMENT OF FACTS ..................................................................................................... 2

III. STANDARD OF REVIEW .................................................................................................... 2

IV. ARGUMENT .......................................................................................................................... 2

V. CONCLUSION ....................................................................................................................... 3

# TABLE OF AUTHORITIES

## Other Authorities

*Multilayered Wood Flooring from the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2018*, 86 Fed. Reg. 59,362 (October 27, 2021) .................................................................................................................................. 1

**MEMORANDUM IN SUPPORT OF RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD OF CONSOLIDATED PLAINTIFF JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD.**

Consolidated Plaintiff Jiangsu Senmao Bamboo and Wood Industry Co., Ltd. ("Senmao") submits this brief in support of its motion for judgment on the agency record pursuant to Rule 56.2 of the U.S. Court of International Trade.

I.     STATEMENT PURSUANT TO RULE 56.2

A. The Administrative Determination Under Review

This action is an appeal from the U.S. Department of Commerce's ("Department" or "Commerce") final results of administrative review in *Multilayered Wood Flooring from the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2018*, 86 Fed. Reg. 59,362 (October 27, 2021). See also Commerce's Final Issues and Decision Memorandum ("Final IDM") (PR 393).[1]

B. Issues Presented

Senmao joins in and incorporates by reference the Issues Presented sections contained in the Rule 56.2 Memoranda in Support of the Motions for Judgment Upon the Agency Record filed on June 24, 2022 by the other Consolidated Plaintiffs in the cases where Senmao is a Plaintiff-Intervenor (case numbers 21-00599, 21-00600, and 21-00601).

---

[1] Citations to confidential documents from the Index to the Administrative Record are designated as "C.R. __," and citations to public documents and public versions are designated as "P.R. __." All record documents cited herein will be included in the Joint Appendix to be filed with the Court.

1

## II.     STATEMENT OF FACTS

Senmao joins in and incorporates by reference the Statements of Fact contained in the Rule 56.2 Memoranda in Support of the Motions for Judgment Upon the Agency Record filed on June 24, 2022 by the other Consolidated Plaintiffs in this case.

Senmao was also a mandatory respondent in the underlying review and Commerce calculated a margin for Senmao in the final results of administrative review. *Multilayered Wood Flooring from the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2018*, 86 Fed. Reg. 59,362 (October 27, 2021).   See also Commerce's Final Issues and Decision Memorandum ("Final IDM") (PR 393).   In its case brief, Senmao raised issues surrounding the Department's decision to calculate a margin for Senmao under the Export Buyer's Credit Program and the Department's decision that the alleged programs for the provision of glue and paint for less than adequate remuneration were countervailable.  (P.R. 360).  In addition, Senmao joined in the arguments presented by the other respondent parties in their case briefs.

## III.     STANDARD OF REVIEW

Senmao joins in and incorporates by reference the Standards of Review contained in the Rule 56.2 Memoranda in Support of the Motions for Judgment Upon the Agency Record filed on June 24, 2022 by the other Consolidated Plaintiffs in this case.

## IV.     ARGUMENT

Senmao joins in and incorporate by reference the Motions for Judgment on the Agency Record and accompanying Memoranda filed by the other Consolidated Plaintiffs in the consolidated cases where Senmao is a Plaintiff-Intervenor (case numbers 21-00599, 21-00600,

and 21-00601) and which impact the calculation of Senmao's margin. Senmao was a mandatory respondent in the underlying administrative review at issue in these appeals and the issues raised by the other consolidated plaintiffs also impact the margin calculated for Senmao. Should Consolidated Plaintiffs succeed in their appeals and a remand is issued to Commerce, the margin assigned to Senmao should also be recalculated.

## V.     CONCLUSION

For the reasons discussed above, Senmao respectfully requests that this Court remand this proceeding to Commerce with instructions to grant the relief requested herein.

Respectfully submitted,

/s/Jeffrey S. Neeley
Jeffrey S. Neeley
Stephen W. Brophy
**Husch Blackwell LLP**
1801 Pennsylvania Ave., N.W.
Suite 1000
Washington, DC 20006
(202) 378-2409
Email: Jeffrey.Neeley@huschblackwell.com

*Counsel for Jiangsu Senmao Bamboo and Wood Industry Co., Ltd.*

Dated:  June 24, 2022

## CERTIFICATE OF COMPLIANCE

Pursuant to Chamber Procedure 2(B)(2), the undersigned certifies that this brief complies with the word limitation requirement. The word count for Consolidated Plaintiff'' Memorandum of Law in Support of its Rule 56.2 Motion, as computed by Husch Blackwell's word processing system Microsoft Word 2010, is 769 words, less than the 14,000 word limit.

/s/Jeffrey S. Neeley
Jeffrey S. Neeley
**Husch Blackwell LLP**
*Counsel for Jiangsu Senmao Bamboo and Wood Industry Co., Ltd.*