# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| EVOLUTIONS FLOORING, INC., *et al.*, | |
| Plaintiffs, | |
| and | |
| DUNHUA CITY JISEN WOOD INDUSTRY CO., LTD., *et al*., | |
| Consolidated-Plaintiffs, | Consol. Court No. 21-00591 |
| v. | |
| UNITED STATES, | |
| Defendant, | |
| and | |
| AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING, *et al*., | |
| Defendant-Intervenors. | |

## REPY BRIEF OF
## CONSOLIDATED PLAINTIFF JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD.

Jeffrey S. Neeley
Stephen W. Brophy
**Husch Blackwell LLP**
1801 Pennsylvania Ave., N.W.
Suite 1000
Washington, DC 20006
(202) 378-2409
Email: Jeffrey.Neeley@huschblackwell.com
Stephen.Brophy@huschblackwell.com

Dated:  January 6, 2023

## TABLE OF CONTENTS

I.   ARGUMENT ................................................................................................................. 1
II.  CONCLUSION ............................................................................................................ 2

# TABLE OF AUTHORITIES

### Cases

*Guizhou Tyre Co. v. United States*, 399 F. Supp. 3d 1346 (Ct. Int'l Trade 2019)........................... 2

### Other Authorities

*Multilayered Wood Flooring from the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2018*, 86 Fed. Reg. 59,362 (October 27, 2021) ..................................................................................................................... 1

### REPLY BRIEF OF CONSOLIDATED PLAINTIFF JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD.

Pursuant to Rule 56.2 of the U.S. Court of International Trade, Consolidated Plaintiff Jiangsu Senmao Bamboo and Wood Industry Co., Ltd. ("Senmao") submits this reply to the response briefs filed by Defendant, United States and Defendant-Intervenor, the American Manufacturers of Multilayered Wood Flooring.  The Court should grant Plaintiffs' Rule 56.2 Motion for Judgment on the Agency Record and remand the case to the U.S. Department of Commerce ("Commerce") with instructions to reconsider the final results in the countervailing duty administrative review of *Multilayered Wood Flooring from the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2018*, 86 Fed. Reg. 59,362 (October 27, 2021).

I. ARGUMENT

Senmao joins in and incorporate by reference the reply briefs filed by the other Consolidated Plaintiffs and which impact the calculation of Senmao's margin.  Senmao was a mandatory respondent in the underlying administrative review at issue in these appeals and the issues raised by the other Consolidated Plaintiffs also impact the margin calculated for Senmao.  Should Consolidated Plaintiffs succeed in their appeals and a remand is issued to Commerce, the margin assigned to Senmao should also be recalculated.

The Court should also grant Defendant's request for a voluntary remand to further evaluate Commerce's use of adverse facts available regarding Senmao's use of the Export Buyer's Credit Program.  As Defendant notes, Senmao provided non-use declarations for all its reported U.S. customers and the Court has directed Commerce in other decisions to consider whether such

evidence may be sufficient to fill the gap of missing record information in considering claims of non-use for the EBC program. *See, e.g.*, *Guizhou Tyre Co. v. United States*, 399 F. Supp. 3d 1346 (Ct. Int'l Trade 2019).

## II. CONCLUSION

For the reasons discussed above, Senmao respectfully requests that this Court remand this proceeding to Commerce with instructions to grant the relief requested herein.

Respectfully submitted,

/s/Jeffrey S. Neeley
Jeffrey S. Neeley
Stephen W. Brophy
**Husch Blackwell LLP**
1801 Pennsylvania Ave., N.W.
Suite 1000
Washington, DC 20006
(202) 378-2409
Email: Jeffrey.Neeley@huschblackwell.com

*Counsel for Jiangsu Senmao Bamboo and Wood Industry Co., Ltd.*

Dated: January 6, 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Chamber Procedure 2(B)(2), the undersigned certifies that this brief complies with the word limitation requirement. The word count for Consolidated Plaintiff's Reply Brief as computed by Husch Blackwell's word processing system Microsoft Word 2010, is 308 words.

/s/Jeffrey S. Neeley
Jeffrey S. Neeley
**Husch Blackwell LLP**
*Counsel for Jiangsu Senmao Bamboo and Wood Industry Co., Ltd.*