# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:    THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| EVOLUTIONS FLOORING, INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>ZHEJIANG DADONGWU GREENHOME WOOD CO., LTD. et al.,<br>　　　　　　　Consolidated Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES,<br><br>　　　　　　　Defendant.<br><br>　　　　and<br><br>AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,<br><br>　　　　　　　Defendant-Intervenors. | Consol. Ct. No. 21-00591 |

**REPLY BRIEF OF CONSOLIDATED PLAINTIFF
ZHEJIANG DADONGWU GREENHOME WOOD CO., LTD.**

　　　　　　　　　　　　　　　　　　　　　Adams C. Lee
　　　　　　　　　　　　　　　　　　　　　HARRIS BRICKEN SLIWOSKI LLP
　　　　　　　　　　　　　　　　　　　　　600 Stewart Street
　　　　　　　　　　　　　　　　　　　　　Suite 1200
　　　　　　　　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　　　　　　　　(206) 224-5657

January 6, 2023

Consolidated Plaintiff Zhejiang Dadongwu GreenHome Wood Co., Ltd., ("Consolidated Plaintiff" or "GreenHome"), submits this reply to the response briefs submitted by Defendant, the United States, and Defendant-Intervenor, the American Manufacturers of Multilayered Wood Flooring.  This Court should grant Consolidated Plaintiff's Rule 56.2 Motion for Judgment on the Agency Record and order a remand of the case back to the U.S. Department of Commerce's ("Department" or "DOC") with instructions to reconsider final results in the administrative review of the countervailing duty order on multilayered wood flooring ("MLWF") from the People's Republic of China for the period January 1, 2018, through December 31, 2018. *Multilayered Wood Flooring from the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review,* 2018, 86 Fed. Reg. 59,362 (October 27, 2021) ("*Final Results*") and the accompanying Issues and Decision Memorandum  ("*I&D Memo*").

We support and incorporate by reference the arguments raised by other Plaintiffs and Consolidated Plaintiffs as presented in their reply briefs concerning the Department's calculation of the subsidy rates for the mandatory respondents.

We support the Defendant's request for a voluntary remand to reconsider the application of adverse facts available for Mandatory Respondent Jiangsu Senmao's use of the Export Buyer Credit Program.

If this Court finds that DOC's calculation of the countervailable subsidy rate assigned to the either of the Mandatory Respondents (Riverside Plywood or Jiangsu Senmao) was not supported by substantial evidence or not in accordance with law, the countervailable subsidy rate assigned to non-selected respondents, including GreenHome, should also be found to be not supported by substantial evidence or not in accordance with law.  GreenHome accordingly

requests that the Court remand this matter to DOC with instructions to recalculate the countervailable subsidy rate to be assigned to the non-selected respondents.

                                                    Respectfully submitted,

                                                    ___/s/ Adams C. Lee___
                                                    Adams C. Lee

                                                    HARRIS BRICKEN SLIWOSKI LLP
                                                    600 Stewart Street, Suite 1200
                                                    Seattle, WA 98101
                                                    (206) 264-5457
                                                    Counsel to Zhejiang Dadongwu GreenHome Wood Co., Ltd.