UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   The Honorable Timothy M. Reif, Judge

| | |
|---|---|
| EVOLUTIONS FLOORING, INC., et al., )<br>)<br>*Plaintiffs,* and )<br>)<br>DUNHUA CITY JISEN WOOD INDUSTRY )<br>CO., LTD., et al., )<br>)<br>*Consolidated Plaintiffs* )<br>v. )<br>)<br>UNITED STATES, )<br>)<br>*Defendant*, and )<br>)<br>AMERICAN MANUFACTURERS OF )<br>MULTILAYERED WOOD FLOORING, et al. )<br>)<br>*Defendant-Intervenors*. )<br>) | Consol. Court No. 21-00591 |

**PLAINTIFFS' REPLY BRIEF TO RULE 56.2 MOTION**
**FOR JUDGMENT ON THE AGENCY RECORD**

Plaintiffs, Evolutions Flooring Inc. ("Evolutions") and Struxtur, Inc. ("Struxtur") file this reply brief pursuant to Rule 56.2 of this Court for Judgment on the Agency Record and for remand of the U.S. Department of Commerce's ("Commerce") decision in Multilayered Wood Flooring From the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2018, 86 Fed. Reg. 59362 (Dep't Commerce Oct. 27, 2021), as amended by Multilayered Wood Flooring From the People's Republic of China: Notice of Amended Final Results of Countervailing Duty Administrative Review; 2018, 86 Fed. Reg. 68219 (December 1, 2021).  Pursuant to the Court's Order on Defendant's Motion for

Enlargement of Time, dated September 30, 2022 (Docket Item # 55), this reply brief is timely filed.

In support of this reply brief, Evolutions and Struxtur incorporate herein by reference and in full the arguments and the requests for relief as presented in the reply briefs filed by all other plaintiffs, plaintiff-intervenors, and/or consolidated plaintiffs in this consolidated proceeding.

Respectfully submitted,

/s/ Gregory S. McCue
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 429-6421
*Counsel to Evolutions Flooring, Inc.,
and Struxtur, Inc.*

January 6, 2023

## **CERTIFICATE OF COMPLIANCE**

  This brief has been prepared utilizing Microsoft Word and a proportionally spaced typeface (12-point Times New Roman). In accordance with this Court's Chambers Procedures and Scheduling Order, the undersigned certifies that this brief complies with applicable word limitations. Specifically, excluding exempted portions per the Chambers Procedures, and based on the word count feature in Microsoft Word, this brief contains 279 words.

              ___/s/ Gregory S. McCue_____
              STEPTOE & JOHNSON, LLP
              1330 Connecticut Avenue, N.W.
              Washington, DC 20036
              Telephone: (202) 429-6421
              *Counsel to Struxtur, Inc., and*
              *Evolutions Flooring, Inc.*