**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **EVOLUTIONS FLOORING, INC. AND STRUXTUR, INC.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**UNITED STATES,**<br><br>    Defendant,<br><br>and<br><br>**AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,**<br><br>    Defendant-Intervenor. | Before: Timothy M. Reif, Judge<br><br>Consol. Court No. 21-00591 |

## JUDGMENT

This case concerns the challenge by Evolution Flooring, Inc. and Struxtur, Inc. (hereinafter "plaintiffs"), to the final results of the antidumping duty administrative review of Multilayered Wood Flooring from the People's Republic of China ("China") for the period of January 1, 2018, to December 31, 2018.  *See* Compl., ECF No. 13; *see also Multilayered Wood Flooring from the People's Republic of China: Final Results and Partial Recission of Countervailing Duty Administrative Review; 2018* ("Final Results"), 86 Fed. Reg. 59,362 (Dep't of Commerce Oct. 27, 2021).  Plaintiffs challenged aspects of Commerce's Final Results as not supported by substantial evidence and not in accordance with law.

On March 27, 2025, the Court sustained in part and remanded in part Commerce's Final Results.  *See Evolutions Flooring, Inc. v. United States*, 49 CIT __, 776 F. Supp. 3d 1271 (2025).  The Court remanded this matter to Commerce to evaluate further whether sufficient information existed to verify the claims of non-use by Jiangsu Senmao Bamboo and Wood Industry Co., Ltd. ("Senmao") of the Export Buyers Credit Program ("EBCP"). *Evolutions Flooring*, 49 CIT at __, 776 F. Supp. 3d at 1288.  The Court also directed Commerce to correct an inadvertent error in the calculation of the average unit values for purchases of backboard veneer by Baroque Timber Industries (Zhongshan) Co., Ltd. ("Baroque Timber").  *Id.* at 1289.

On remand, Commerce found that certificates from all U.S. customers of Senmao established sufficiently their non-use of the EBCP.  Final Results of Redetermination Pursuant to Court Remand 9-10, ECF No. 95.  Commerce also corrected the error in the calculation of average unit values for Baroque Timber veneer purchases, rendering Commerce's subsidy rate determinations accurate and supported by substantial evidence.  *Id*. at 10-12.

The only comments on the remand determination of Commerce submitted to this Court, those by plaintiff-intervenors and consolidated plaintiffs Fine Furniture (Shanghai) Limited and Double F Limited, state that the remand redetermination "complied with the Court's remand instructions and is supported by substantial evidence and otherwise in accordance with law."  *See* Comments Supporting Final Remand Redetermination of Pl.-Intervenors and Consolidated Pls. at 2, ECF No. 100.  No other party objected to the remand redetermination, and no additional briefing was requested.

This case having been submitted for decision, and there being no remaining issues to adjudicate; now, after due deliberation, it is hereby:

**ORDERED** that Commerce's remand redetermination is **SUSTAINED**.

/s/    Timothy M. Reif
Timothy M. Reif, Judge

Dated: August 29, 2025
　　　　New York, New York