UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| **EVOLUTIONS FLOORING, INC. AND STRUXTUR, INC.,** | |
| **Plaintiffs,** | |
| **v.** | Consol. Court No. 21-00591 |
| **UNITED STATES,** | |
| **Defendant,** | |
| **And** | |
| **AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,** | |
| **Defendant-Intervenor.** | |

## PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Notice is hereby given that Riverside Plywood Corp., and Baroque Timber Industries (Zhongshan) Co., Ltd., consolidated plaintiffs in the above-captioned action, appeals to the United States Court of Appeals for the Federal Circuit from the final judgment and order entered in this action on August 29, 2025, *Evolutions Flooring, Inc. v. United States*, Judgment (Ct. Int'l Trade, August 29, 2025), and from all underlying opinions, rulings, and orders adverse to consolidated Plaintiffs.

Respectfully submitted,

/s/ Irene H. Chen
Irene H. Chen
VCL Law LLP
1945 Old Gallows Rd., Ste 260
Vienna, VA 22182

1

Tel (301) 760-7393
Email: ichen@vcllegal.com

Date: October 28, 2025                    *Counsel to Consolidated Plaintiffs*